## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANTHONY P. BROWN JR.,

        Plaintiff,

v.                                      Case No.:

TRANSUNION CONSUMER
SERVICES,

        Defendant.

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), incorrectly named Transunion Consumer Services, by and through its counsel of record, and hereby files this Notice of Removal, pursuant to 28 U.S.C. § 1446(a) and, in support thereof, would respectfully show the Court as follows:

### A.   PROCEDURAL BACKGROUND

1.    On or about September 26, 2024, Plaintiff Anthony P. Brown Jr. filed his Complaint for Damages ("Complaint") in this action in the Superior Court of Fulton County, Georgia, Case No. 25CV005301 ("State Court Action"). In his Complaint, Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*. against Trans Union.

2.    Trans Union was served with Plaintiff's Complaint on May 7, 2025.

This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. § 1446(b).

3.     The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

## B.  <u>GROUNDS FOR REMOVAL</u>

4.     The present suit is an action over which the United States District Court for the Northern District of Georgia, Atlanta Division, has original jurisdiction pursuant to 28 U.S.C. § 1331 as it is a civil action founded on a claim or right arising under the laws of the United States. This civil action may be removed to this Court by Trans Union pursuant to the provisions of 28 U.S.C. § 1446(b).  Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Trans Union's alleged violations of the FCRA.

5.     Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over the state law claims asserted by Plaintiff.

## C.   <u>COMPLIANCE WITH PROCEDURAL REQUIREMENTS</u>

6.     Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the Defendant Trans Union LLC received a copy

of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

7.    Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the State Court Action is pending.

8.    Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of removal to the Plaintiff and will file a copy of this Notice of Removal with the Superior Court of Fulton County, Georgia, as required by 28 U.S.C. § 1446(d).

9.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Trans Union in the State Court Action are attached hereto as **Exhibit A**.

10.    Trial has not commenced in the Superior Court of Fulton County, Georgia.

WHEREFORE, Trans Union respectfully prays that this action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

8020461.1

Respectfully submitted,


*/s/ Paul W. Sheldon*

Paul W. Sheldon
Georgia Bar No. 947098
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

4

## **LOCAL RULE 5. 1 CERTIFICATION**

I hereby certify that DEFENDANT TRANS UNION LLC'S NOTICE OF

REMOVAL has been prepared in Times New Roman 14-point font in accordance

with Local Rule 5.1.

/s/ Paul W. Sheldon
**PAUL W. SHELDON**

8020461.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 6th day of June 2025, the foregoing document was filed via the Court's CM/ECF system.  I further certify that I have mailed the above and foregoing document via United States First Class Mail to the following:

Anthony P. Brown Jr.
anthonybrown39@gmail.com
1947 Flat Rock Road
Stockbridge GA, 30281
(770) 878-7082
***Pro Se Plaintiff***

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

6