# EXHIBIT A
## State Court Pleadings

Civil Action No. _25 CV 06530 1_

Date Filed _4·21·25_

**Magistrate Court** ☐
**Superior Court** ☑
**State Court** ☐
**Georgia, Gwinnett County**

_Cynthia Brown Sr_

_____
**Plaintiff**

VS.

_Transunion Consumer Silver_

_____
**Defendant**

Attorney's Address
_1947 Flat Rock Road_
_Stockbridge GA_
_30281_

.Name and Address of party to be served.

_Transunion Consumer Service_
_2 Baker st ste 400_
_Peachtree Corners GA_
_30092_

_____
**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐ — I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ — I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☑ — Served the defendant _Trans Union_ _____ a corporation

by leaving a copy of the within action and summons with _Alisha Smith_ _____

in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ — I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ — Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This ____7____ day of _May_, 20_25_.

_____
**Deputy**

Sheriff Docket _____    Page _____

_____
**Gwinnett County, Georgia**

WHITE: Clerk        CANARY: Plaintiff / Attorney        PINK: Defendant

SC-2 Rev.3.13

Fulton County Superior Court
***EFILED***CB
Date: 4/21/2025 3:03 PM
Che Alexander, Clerk



## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
### SUMMONS

Anthony O Brown Jr
1947 Flat Rock Rd Stockbr )
(Plaintiff,)

) Case
) No.:        25CV005301

vs.

Transunion Consumer Serves

(Defendant __)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is: _     __

Anthony Brown
1947 Flat Rock Rd
Stockbridge GA 30281

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This ___4/21/2025_____ day of_____, 20_____

Honorable Ché Alexander, Clerk of
Superior Court

By_____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

Fulton County Superior Court
***EFILED***CB
Date: 4/21/2025 3:03 PM
Che Alexander, Clerk

IN THE _Superior_ COURT OF _Fulton_ COUNTY

STATE OF GEORGIA

_Anthony P Brown Jr._

Plaintiff

CIVIL ACTION

NO. _25CV005301_

_Transunion Consumer Services_

Defendant

COMPLAINT FOR _Damages / tort_

Now comes _Anthony P. Brown_ plaintiff in the above-styled action, and states his complaint as follows:

The defendant is _Transunion_ , who is a resident of _____ Street,

City of _____, _____ County, Georgia, and is subject to the jurisdiction of this court.

2 List short and plain statement in separately numbered paragraphs of claim sued upon.

_Defendant in violation of FCRA unlawfully reinserted a previously deleted tradeline account without proper Certification or notice._

WHEREFORE, plaintiff demands judgment against defendant for the sum of $_____, together with interest and the costs of this action.

_____
Plaintiff

1947 Flat Rock Rd
Stockbridge GA 30281
Address

770 878 7082
Telephone number

SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Anthony P. Brown Jr ,
_____
Petitioner,

v.

TransUnion Consumer Services
_____
Respondent.

Civil Action Case Number:

_____

## VERIFICATION

I, Anthony Brown Jr , personally appeared before the undersigned

notary public and being duly sworn, state that the facts stated in the foregoing Petition are

true and correct.

Signature: _____
Name: Anthony P Brown Jr
Telephone No.: 770 878 7082
Email: AnthonyBrown34@gmail.com

**IF YOU DO NOT HAVE AN EMAIL ADDRESS,**
**FILL OUT A *CERTIFICATE OF NO EMAIL ADDRESS***

Sworn to before me this

21st day of April , 20 25 .

_____
Notary Public

[Notary Seal: MARVIN WOOLEY, NOTARY PUBLIC, COMMISSION EXPIRES Jan. 21, 2027, DEKALB COUNTY, GA]

Fulton County Courts Justice Resource Center (JRC)

Anthony Paul Brown Jr.

1947 Flat rock rd,

Stockbridge GA, 30281

Email: anthonybrown39@gmail.com

Phone: 770-878-7082

March 30, 2025

TransUnion LLC

P.O. Box 2000
Chester, PA 19016

Subject: Formal Complaint and Dispute of Unauthorized Reinsertion – Santander Consumer USA

This is a formal dispute and complaint regarding a Santander Consumer USA account that was previously removed from my credit file following a dispute and has now been reinserted without proper notice or certification, in violation of the Fair Credit Reporting Act (FCRA) and Georgia state law.

Disputed Account Details:
- Creditor: Santander Consumer USA
- Original Open Date (per reinsertion): November 20, 2019
- Charge-Off Date: September 24, 2024
- Date of Reinsertion: Between January 17 and January 24, 2025

FCRA and Georgia Law Violations:
1. 15 U.S.C. § 1681i(a)(5)(B): No written notification of reinsertion was provided within five business days.
2. 15 U.S.C. § 1681e(b): Inaccurate or unverifiable account data was reported, without ensuring maximum possible accuracy.
3. 15 U.S.C. § 1681s-2(b): Santander failed to conduct a reasonable reinvestigation after my initial dispute.
4. Georgia Fair Business Practices Act (O.C.G.A. § 10-1-393): Deceptive and unfair practices by continuing to report false data.

5. Metro 2 Reporting Violations: Santander is reporting delinquencies and a charge-off on a closed account, inconsistent with standardized Metro 2 credit reporting format.

Harm Suffered:
This reinsertion has negatively impacted my credit score (as reflected by a 24-point drop on January 24, 2025), caused financial harm, and created emotional distress.

Action Demanded:
1. Immediate deletion of the Santander Consumer USA account from my TransUnion credit file;
2. Written confirmation of the deletion;
3. A full investigation and certification that this reinsertion was legally compliant;
4. Preservation of all related records for legal review;
5. Acknowledgment of liability for damages under the FCRA and Georgia law.

If this matter is not resolved within 15 calendar days, I will escalate this complaint to the CFPB, Georgia Attorney General, and initiate a civil lawsuit seeking statutory and punitive damages.

Sincerely,
Anthony Paul Brown Jr.

Anthony Paul Brown Jr.,

Plaintiff,

v.

TransUnion LLC,

Defendant.

COMPLAINT FOR DAMAGES

1. Plaintiff brings this action pursuant to the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.

2. Defendant unlawfully reinserted a previously deleted tradeline account associated with Santander Consumer USA, without proper certification or notice, in violation of 15 U.S.C. § 1681i(a)(5).

3. Plaintiff was incarcerated at the time the account was allegedly opened and did not authorize the transaction, rendering the account fraudulent.

4. Defendant's conduct caused Plaintiff severe emotional distress, loss of credit opportunities, and Page 3

Fulton County Superior Court

reputational harm.

5. Plaintiff seeks statutory damages, actual damages, and punitive damages for willful and negligent noncompliance with the FCRA.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

- Compensatory and statutory damages;

- Punitive damages;

- Costs of this action and other relief the Court deems just.